UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE                                                    CASE NO.: 9:09-bk-_____-ALP

JOHN MOHR
and
SAUNDRA MOHR,
                          Debtors.
_____/

## MOTION TO PAY HSBC FIRST MORTGAGE, INDYMAC, SUNCOAST SCHOOLS FEDERAL CREDIT UNION OUTSIDE THE PLAN

NOW COME the Debtors, JOHN MOHR and SAUNDRA MOHR by and through their undersigned counsel, Linda K. Yerger, Esquire, of YERGER|TYLER, P.A., and move this court for an order requesting that the Debtors be allowed to continue to pay HSBC FIRST MORTGAGE, INDYMAC, SUNCOAST SCHOOLS FEDERAL CREDIT UNION outside the Plan payment and respectfully represent to the Court as follows:

1. Debtors are in possession of their primary residence located at 203 Mentor Drive, Naples, FL 34110 which is secured by a first mortgage held by HSBC.

2. Debtors are making timely payments to HSBC first mortgage.

3. Debtors are not in the arrears on payment owed to HSBC.

4. Debtors have arranged or will arrange with HSBC to have payments taken automatically every month from their checking account for the First Mortgage.

5. The Debtors are in possession of a 2004 Kia Sadona, which is secured by a lien, held by SUNCOAST SCHOOLS FEDERAL CREDIT UNION. Insurance on said vehicle is current.

6. The Debtor has been making timely payments to SUNCOAST SCHOOLS FEDERAL CREDIT UNION.

7. The Debtors are not in arrears on payments owed to SUNCOAST SCHOOLS FEDERAL CREDIT UNION.

8. The Debtor has or will arrange with SUNCOAST SCHOOLS FEDERAL CREDIT UNION to have payments taken automatically every month from their checking account.

9. The Debtors are in possession of a 2004 Dodge Durango, which is secured by a lien, held by CHRYSLER FINANCIAL. Insurance on said vehicle is current.

10. The Debtor has been making timely payments to CHRYSLER FINANCIAL

11. The Debtors are not in arrears on payments owed to CHRYSLER FINANCIAL

12. The Debtor has or will arrange with CHRYSLER FINANCIAL to have payments taken automatically every month from their checking account.

The Debtors, JOHN MOHR and SAUNDRA MOHR, verify that the above are true and correct and has set their signature below to acknowledge same.

DATED: this 5th day of May, 2010.

*Signature of Debtor or other claimant*

WHEREFORE, the Debtors pray that this Honorable Court grant the request to continue to make payments outside the plan to HSBC FIRST MORTGAGE, INDYMAC, SUNCOAST SCHOOLS FEDERAL CREDIT UNION and CHRYSLER FINANCIAL.

Respectfully submitted:

By: Linda K. Yerger, Esq.
Fla. Bar No. 0645893
Attorney at Law
1570 Shadowlawn Drive
Naples, FL 34104
Telephone: (239) 732-5555
Facsimile: (239) 774-5416

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion to Pay Outside the Plan to GTE FEDERAL CREDIT UNION has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on November ____ 2009 to: Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206 and to HSBC, P.O. Box 5253, Carol Stream, IL 60197, HSBC, P.O.B. 9068, Brandon, FL 33509-9068; IndyMac, 888 E. Walnut St, Pasadena, CA 91101, Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290-1921 and Suncoast Schools FCU, 6801 East Hillsborough Ave., Tampa, FL 33680.

Linda K. Yerger, Esq.
Fla. Bar No. 0645893
*Attorney for the Debtors*
YERGER | TYLER, P.A.
1570 Shadowlawn Dr
Naples, Florida 34104
Telephone: 239-732-5555
Facsimile: (239) 774-5416